IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY LABORERS HEALTH AND WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 18 C 7139 |
| BURKES HAULING, INC., an Illinois corporation, | ) ) | JUDGE JOHN R. BLAKEY |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on February 7, 2019, request this Court enter judgment against Defendant, BURKES HAULING, INC., an Illinois corporation. In support of this Motion, Plaintiffs state:

1. On February 7, 2019, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for the time period November 2018 forward. The Court also entered an order that judgment would be entered after Plaintiffs' received the required contribution reports and determined the amounts due and owing from Defendant.

2. On or about February 8, 2019, Defendant submitted its monthly fringe benefit contribution reports for November and December 2018. These reports, along with Defendant's reports for June 2018 through October 2018, indicate Defendant is delinquent in contributions to the Funds in the amount of $107,890.18. (See Affidavit of Patricia M. Shales).

3. Additionally, the amount of $21,578.04 is due for liquidated damages and $5,122.09 is due for interest. (Shales Aff. Par. 4(e)).

4. Defendant owes $8,834.86 for the time period April 2018 through December 2018 for dues and $883.49 for liquidated damages, for a total of $9,718.35. (Shales Aff. Par. 4(c) and (d)).

5. Defendant has incurred $1,623.17 for prior liquidated damages and interest for the untimely payment of contributions for April 2018 through June 2018. (Shales Aff. Par. 4(f)).

6. On November 26, 2018, Defendant made a partial payment of $12,339.00 toward amounts due and owing. (Shales Aff. Par. 4(g)).

7. In addition, Plaintiffs' firm has expended $457.00 for costs and $4,595.25 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

8. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $138,645.08.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $138,645.08.

/s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Burke's Hauling\motion-judgment.cmc.df.wpd

## CERTIFICATE OF SERVICE

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 21st day of February 2019:

    Mr. Brian M. Burke, Registered Agent/President
    Burkes Hauling, Inc.
    625 Brickville Road
    PO Box 496
    Sycamore, IL 60178


                /s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Burke's Hauling\motion-judgment.cmc.df.wpd